**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| **Plaintiff,** | |
| **v.** | **CRIM. NO. 15-315  (PAD)** |
| **JOSE OSORIO-BARBER,** | |
| **Defendant**. | |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreno-Coll regarding the Rule 11 proceeding of defendant, Jose M. Osorio-Barber (Docket No. 36), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to COUNT ONE of the Indictment included at Docket No. 8.

The court notes that a Presentence Investigation Report was ordered (Docket No. 35).  The Sentencing Hearing is set for May 31, 2016 at 10:00 a.m. in Courtroom 5.  The parties shall file, not later than May 20, 2016, Sentencing Memorandums, which should include any recommendation(s) to be made at the Sentencing Hearing.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of January, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge